1  BERSCHLER ASSOCIATES, PC
   Arnold I. Berschler, SBN# 56557
2  22 Battery Street, Suite 810
   San Francisco, CA 94111
3  Telephone (415) 398 1414

4

   Attorneys for MARK JOHN F. RELOJO
5

*[GRANTED — Judge Maria-Elena James]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JOHN F. RELOJO,          ) | Civil No. CV 11-4446 MEJ |
|                               ) | |
|            Plaintiff,         ) | |
|                               ) | REQUEST FOR ORDER OF 90-DAY |
| v.                            ) | DISMISSAL |
|                               ) | |
| APL MARINE SERVICES, LTD.,    ) | |
|                               ) | |
|            Defendant.         ) | |
|                               ) | |
| _____ ) | |

   Plaintiff and Defendant have tentatively settled this action in its entirety. Plaintiff requests that this Honorable Court enter its Order Dismissing Action unless application to vacate is filed within 90 days of such order.

                                        RESPECTFULLY SUBMITTED

DATED: April 5, 2012                    BERSCHLER ASSOCIATES, PC


                                        _____/s/ *Arnold I. Berschler*_____
                                        Arnold I. Berschler, attorney for
                                        MARK JOHN F. RELOJO